Motion GRANTED.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KATHERINE LANKFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YOROZU AUTOMOTIVE TENNESSEE, INC.,<br><br>Defendant. | Case No. 3:26-cv-01109<br><br>District Judge Aleta A. Trauger<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION AND MEMORANDUM OF LAW IN SUPPORT TO STAY BRIEFING ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiff Katherine Lankford ("Plaintiff"), by and through her undersigned counsel, respectfully moves this Court for an entry of an order staying the briefing on Defendant Yorozu Automotive Tennessee, Inc.'s ("Defendant") Motion for Judgment on the Pleadings (ECF Nos. 9–10), in the above-captioned matter, pending the decision on Plaintiff's anticipated Motion to Remand.

On August 5, 2026, Defendant removed the above-captioned action from the Thirty-First Judicial District in the Chancery Court of Warren County, Tennessee, to this Court. ECF No. 1. Defendant's removal states that this Court "has original subject matter jurisdiction under 28 U.S.C. §§ 1332 and 1441." ECF No. 1, Notice of Removal, at ¶ 11. On September 16, 2026, Defendant filed its Motion for Judgment on the Pleadings, which included challenges to Plaintiff's Article III standing.

Under 28 U.S.C. § 1441(a), the party invoking federal jurisdiction bears the burden to establish all elements of jurisdiction—including Article III standing—existed at the time of